IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CAROL BONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-12-224-D |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | | |

**<u>ORDER</u>**

Plaintiff, appearing *in forma pauperis*, brought this action for judicial review of the final decision of Defendant Commissioner of the Social Security Administration denying her application for disability insurance benefits. Pursuant to 28 U. S. C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings.

The Commissioner filed an unopposed motion [Doc. No. 14] seeking entry of a judgment reversing and remanding this matter for further administrative proceedings. On August 9, 2012, the Magistrate Judge filed a Report and Recommendation [Doc. No. 15] in which he recommended that the Court grant the Commissioner's motion, reverse the decision denying Plaintiff's application for benefits, and remand the matter for further administrative proceedings.

In the Report and Recommendation, the Magistrate Judge advised the parties of their right to object to the findings and conclusions set forth therein, and scheduled an August 29, 2012 deadline for filing such objections. He further expressly advised the parties that a failure to timely object would constitute a waiver of appellate review of the matters addressed in the Report and Recommendation.

Inasmuch as the deadline for objections has expired and the parties have not objected or sought an extension of time in which to do so, the Report and Recommendation [Doc. No. 15] is adopted as though fully set forth herein.  The Commissioner's decision is reversed, and this matter is remanded for further administrative proceedings.  Judgment shall enter accordingly.

IT IS SO ORDERED this 1st day of October, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE